PLEASE CHECK ONE:

<u>XX   </u>        Small Dividends

<u>     </u>         Unclaimed Dividends

<u>Name & Address</u>                    <u>Claim No.</u>                              <u>Amount</u>

## See Attached Exhibit "A"

# DIVIDEND REPORT

Page No: 1

| Case No: | 05-30565-H5-7 | Date Printed: | 5/23/2011 |
| --- | --- | --- | --- |
| Case Name: | PIMIENTA, ENRIQUE | Check Number: | 1024 |
| Trustee Name: | Rodney Tow | Check Date: | 05/20/2011 |

| Claim Number | Claimant Name | Amount Claimed | Amount Paid |
| --- | --- | --- | --- |
| 5 | JAMES RANDAL BAYS<br>Attorney at Law<br>1915 N. Frazier Street, Suite 103<br>Conroe, TX 77301 | $9,303.84 | $4.29 |

**Total Check Amount:**  $4.29